### 25710.  DAVIS et al. v. ARRENDALE.

ALMAND, Chief Justice.  This appeal is from an order denying a motion for a new trial on the general grounds in a proceeding to probate a will in solemn form wherein a caveat was filed by the appellants on the ground that the testator did not have the necessary testamentary capacity to execute a will on the date the purported will was executed.  On the trial of the case before the court and a jury there was a conflict in the evidence on the issue of mental capacity of the testator to execute a will and the evidence was sufficient to support a verdict in favor of the propounder.  It was not error to overrule the caveator's motion for a new trial on the general grounds.

*Judgment affirmed.  All the Justices concur.*

SUBMITTED MARCH 11, 1970—DECIDED APRIL 9, 1970.

*Robinson, Thompson, Buice & Harben, Robert B. Thompson,* for appellants.

*Robert E. Andrews, J. Nathan Deal,* for appellee.